Entered on Docket
October 24, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: October 24, 2006



_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                          No. 06-40671 TK
                                               Chapter 7
SHIBISHA M. BUXTON,

                Debtor.
_____/

**MEMORANDUM AND ORDER RE DEBTOR'S REQUEST TO
REOPEN CASE AND VACATE DISMISSAL**

    The above-captioned case was filed on May 4, 2006 as a skeletal filing: e.g., no Schedules of Assets and Liabilities or Statement of Financial Affairs were filed with the petition. With the petition, the debtor filed an application to proceed in forma pauperis. The application was denied on May 8, 2006, and the debtor was given until May 31, 2006 to pay the filing fee. On May 22, 2006, the Court issued an order requiring the debtor to file the missing documents by June 8, 2006.

    The debtor failed to pay the filing fee by May 31, 2006. For that reason, on June 1, 2006, the case was dismissed. The case was closed on June 8, 2006. At the time the case was closed, the debtor had not filed the missing documents.

On September 9, 2006, the debtor filed a letter which the Court will treat as a request to reopen the case and vacate the dismissal. She also tendered the delinquent filing fee. She has not filed or lodged the missing documents. Despite the belated nature of the debtor's request, the Court is willing to reopen the case and vacate the dismissal provided the debtor files the missing documents specified in the Court's May 22, 2006 order by no later than November 3, 2006.

Good cause appearing therefor, it is

SO ORDERED.

END OF DOCUMENT

2

```
 1                          COURT SERVICE LIST
 2    Shibisha M. Buxton
      2525 Civic Ave.
 3    Hayward, CA 94544
 4
      John Kendall
 5    2411 Santa Clara Ave., Ste. 12
      Alameda, CA 94501
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```